UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JANE DOE,

       Plaintiff,

                                         CIVIL ACTION

       v.                                NO.  24-11316-MPK

TOWN OF STOUGHTON &
JULIETTE MILLER,

         Defendants.


## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION


TO JUDGE **M. PAGE KELLEY**


[   ]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

**[ X ]**     On   **09/19/2025**  , I held the following ADR proceeding:

      \_\_\_\_\_     SCREENING CONFERENCE      \_\_\_\_\_     EARLY NEUTRAL EVALUATION

      __X__     MEDIATION                  \_\_\_\_\_     SUMMARY BENCH / JURY TRIAL

      \_\_\_\_\_     MINI-TRIAL                \_\_\_\_\_     SETTLEMENT CONFERENCE


      All parties were present and represented by counsel.

      The case was:

**[ X ]**     Settled.  Your clerk should enter a **45-day** order of dismissal.

[   ]     There was progress made, and the mediation efforts will continue.

[   ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case

      should be restored to your trial list.

[   ]     Suggested strategy to facilitate settlement:

      _____.

      _____.


    __09/19/2025__                                     __/s/ Judith G. Dein__

        DATE                                         U.S. Magistrate Judge