UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JANE DOE,

    Plaintiff,

    v.                                 CIVIL ACTION NO. 24-11316-MPK[1]

TOWN OF STOUGHTON,
JULIETTE MILLER,

    Defendants.


## **SETTLEMENT ORDER OF DISMISSAL**

    The Court having been advised that this action has settled, IT IS ORDERED that this action

is hereby dismissed without costs and without prejudice to the right of any party upon good cause

shown within forty-five (45) days to reopen the action if settlement is not consummated.


September 22, 2025                          /s/ M. Page Kelley
                                       M. Page Kelley
                                       United States Magistrate Judge


---

[1] This action was reassigned to this court upon consent of the parties pursuant to 28 U.S.C. § 636(c). (##16, 18.)