UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-11316-IT

JANE DOE,
            Plaintiff

v.

TOWN OF STOUGHTON & JULIETTE
MILLER,
            Defendants

## STIPULATION OF DISMISSAL

The parties to the above-captioned matter pursuant to the provisions of the Federal Rules

of Civil Procedure 41 (a)(1) (A)(ii), hereby stipulate that all claims between the parties in this

matter be dismissed with prejudice and without cost, with all rights of appeal reserved.

Respectfully Submitted:

| | |
|---|---|
| Plaintiff, | Defendants, |
| Jane Doe, | Town of Stoughton and Juliete Miller, |
| | By their attorneys, |
| By her Attorney, | |
| /s/ Laura D. Mangini | /s/ Douglas I. Louison |
| Laura D. Mangini, Esquire (BBO #649218) | Douglas I. Louison, Esquire (BBO #545191) |
| Alekman Ditusa, LLC | Claire R. Chang, Esquire (BBO #710236) |
| 1550 Main Street, Suite 501 | Louison, Costello, Condon & Pfaff, LLP |
| Springfield, MA  01103 | Ten Post Office Square, Suite 1330 |
| Tel.: (413) 781-0000 | Boston, MA 02109 |
| laura@alekmanditusa.com | (617) 439-0305 |
| | dlouison@lccplaw.com |
| | cchang@lccplaw.com |

1

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on October 28, 2025 a true copy of the above document was served upon:

Laura D. Mangini, Esquire
Alekman Ditusa, LLC
1550 Main Street, Suite 501
Springfield, MA  01103


/s/ Douglas I. Louison
Douglas I. Louison